In re BIG TARKIO DRAINAGE DISTRICT v. AUGUST HEINE et al., Appellants.

**Division Two, March 24, 1914.**

Appeal from Holt Circuit Court.—*Hon. W. C. Ellison,* Judge.

REVERSED AND REMANDED (*with directions.*)

*H. B. Williams* and *Frank Petree* for appellants.

*John M. Williams* and *W. H. Richards* for respondent.

.ROY, C.—All the material facts necessary to be passed upon in this case are the same as in the case of the same plaintiff against Fritz Voltmer, which has just been decided. [*Ante,* p. 152.]  For the reasons stated in the opinion in that case, the judgment is reversed· and the cause remanded with directions to dismiss the proceeding to assess benefits and damages. *Williams, C.,* concurs.

PER CURIAM.—The foregoing opinion of Roy, C., is adopted as the opinion of the court.  All concur.